UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICKY LAWRENCE SANDUSKY,

    Plaintiff,

v.                                                                         Case No. 1:19-cv-967
                                                                         Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## JUDGMENT

In accordance with the Opinion filed this date:

The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g), and the case is **REMANDED** to the Commissioner for further proceedings as outlined in the Opinion.

    **IT IS SO ORDERED**.

Dated:  March 16, 2021                                     /s/ Ray Kent
                                                                  RAY KENT
                                                                  United States Magistrate Judge